UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:24-cr-00311-SVW                                          Date: 05/20/2024

Present: The Honorable: Jean P. Rosenbluth, U.S. Magistrate Judge

Interpreter: Yong Jia Johnston                          Language: Mandarin

| Bea Martinez | CS 05/20/2024 | Nisha Chandran |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✔ Present  In Custody            Attorneys for Defendants: ✔ Present  Retained

Daren Li                                                Robert Darren Cornforth

**Proceedings: Arraignment of Defendant and/or**   ✔ Assignment of Case   Appointment of Counsel
Initial Appearance

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Yong Jia Johnston; Language: Mandarin
* Court does not question defendant as to true name.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Stephen V. Wilson.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 7/9/2024 9:00 AM;
* The parties are referred to Judge Wilson's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.
Judge Wilson is located in 10A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA        PSAED        PSASA                Initial Appearance/Appointment of Counsel: 00 : 00
  ✔ USMLA        USMED        USMSA                                          Arraignment: 00 : 03
     Statistics Clerk              ✔ Interpreter                  Initials of Deputy Clerk: BM by TRB
     CJA Supervising Attorney       Fiscal