UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:24-cr-00311-RGK | Date  11/12/2024 |

Present :   The Honorable R. GARY KLAUSNER, United States District Judge
Interpreter :  Junting Tan (MANDARIN)

| Joseph Remigio | Lisa Gonzalez | Nisha Chandran |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| 1. Daren Li,  Custody   REG 09599-511 | 1. Christy O'Connor,  Retained |

**PROCEEDINGS:     CHANGE OF PLEA**

X    Defendant moves to change plea to the  Indictment .

X    Defendant sworn.

X    Defendant enters a new and different plea of GUILTY to  1 .

X    The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X    The Court refers the defendant to the Probation Office for investigation and and the matter is continued to Monday,  March 3, 2025 at 10:00 AM  for sentencing. The Probation Officer is hereby directed to disclose the Presentence Report on or before  2/3/2025 .

X    Position papers are due 14 days before sentencing. Responsive documents are due 7 days before sentencing.

X    The Court vacates the  4/15/2025  trial date as to this defendant.

:21
Initials of Deputy Clerk: jre

cc: USPO