BILAL A. ESSAYLI
MAXWELL COLL (SBN 312651)
Assistant United States Attorney
1500 United States Courthouse
213-894-1785 / maxwell.coll@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-00311-RGK-1 |
| v. | |
| DAREN LI | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Under seal documents

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

July 8, 2025                                Maxwell Coll
Date                                        Attorney Name
                                            United States of America
                                            Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)            **NOTICE OF MANUAL FILING OR LODGING**